IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

**HENRY FIORENTINO,**

        Petitioner,

v.                                         **Civil Action No. 5:22-CV-304**
                                                     Judge Bailey

**R.M. WOLFE,** and **C. NUNLEY,**
Acting Warden,

        Respondents.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above referenced case is before this Court upon the magistrate judge's recommendation that the Motion to Dismiss [Doc. 9] be granted, petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2254 [Doc. 1] be denied and dismissed without prejudice, and the Motion Requesting Court to Intervene in Petitioner's Transfer [Doc. 11] be denied.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. ***Thomas v. Arn***, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. ***United***

*States v. Schronce*, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984).  No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's report and recommendation [**Doc. 12**] is **ADOPTED.**  The Motion to Dismiss [**Doc. 9**] is hereby **GRANTED**, petitioner's Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2254 [**Doc. 1**] is **DENIED AND DISMISSED WITHOUT PREJUDICE**, and the Motion Requesting Court to Intervene in Petitioner's Transfer [**Doc. 11**] is **DENIED**.  This Court further **DIRECTS** the Clerk to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* petitioner.

**DATED:** June 21, 2023.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE